**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**NAPEACHES SHOUETTA BLAIR**
_______________________________/

**INDICTMENT**

4:26CR53 AW/MAF

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about December 15, 2025, and on or about January 4, 2026, in the Northern District of Florida, the defendant,

**NAPEACHES SHOUETTA BLAIR,**

while being a United States Postal Service employee, did knowingly steal and remove from mail entrusted to her, an article and thing contained therein, to wit: gift cards, which came into her possession intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

**COUNT TWO**

On or about July 13, 2026, in the Northern District of Florida, the defendant,

**NAPEACHES SHOUETTA BLAIR,**

while being a United States Postal Service employee, did knowingly steal and remove from mail entrusted to her, an article and thing contained therein, to wit, United States currency, which came into her possession intended to be conveyed by

FILED USDC FLND TL
JUL 28 '26 PM2:27

mail.

In violation of Title 18, United States Code, Section 1709.

**CRIMINAL FORFEITURE**

The allegations contained in Count One, Count Two, and Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

From her engagement in the violations alleged in Count One and Two of this Indictment, the defendant,

**NAPEACHES SHOUETTA BLAIR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real or personal, constituting and derived from proceeds traceable to such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

[redacted]

7/28/2026
DATE

JOHN P. HEEKIN
United States Attorney

for EMMA SCHWAN
Assistant United States Attorney